IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. BRUZZONE,<br><br>    Plaintiff,<br><br>  v.<br><br>INTEL CORPORATION and ARM, INC.,<br><br>    Defendant.<br>_____/ | No. C 16-80042 WHA<br><br>**ORDER OF RECUSAL AND<br>FOR REASSIGNMENT** |

Michael Bruzzone was declared a vexatious litigant in 2014. *Bruzzone v. Intel Corporation*, No. 14-01279, 2014 WL 4090470, at *8 (N.D. Cal. Aug. 19, 2014). The order declaring Bruzzone a vexatious litigant held that any *pro se* complaint filed by Bruzzone in the Northern District of California against Intel Corporation, its current employees, its former employees, and several individuals must be submitted to the undersigned judge for pre-filing review.

Bruzzone has filed a new complaint naming Intel Corporation and two of its attorneys as defendants. Bruzzone's complaint also names the undersigned judge as a defendant. Accordingly, the undersigned judge recuses himself from reviewing the complaint. *See* 28 U.S.C. 455(b)(5). The Clerk shall please reassign this matter to the general duty judge for pre-filing review of Bruzzone's complaint.

**IT IS SO ORDERED.**

Dated: February 24, 2016.

                                                  WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE