UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. BRUZZONE,<br><br>    Plaintiff,<br><br>    v.<br><br>INTEL CORPORATION, et al.,<br><br>    Defendants. | Case No. 16-mc-80042-VC<br><br>**ORDER REJECTING THE COMPLAINT AND DISMISSING CASE**<br><br>Re: Dkt. No. 1 |

The Court has reviewed the complaint in the above-captioned matter and finds that it does not state a potentially cognizable claim. Therefore, in accordance with the Order filed on August 19, 2014 in *Bruzzone v. Intel Corporation*, No. C 14-01279 WHA, the Clerk is directed not to accept the complaint for filing and this action is dismissed.

**IT IS SO ORDERED.**

Dated: March 16, 2016

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. BRUZZONE,<br><br>    Plaintiff,<br><br>    v.<br><br>INTEL CORPORATION, et al.,<br><br>    Defendants. | Case No.  16-mc-80042-VC<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on March 16, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael A. Bruzzone
3766 Via Verdi
Richmond, CA 94806


Dated: March 16, 2016

    Susan Y. Soong
    Clerk, United States District Court


By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA

2